810 A.2d 1075

IN THE MATTER OF LEO R. VARTAN AN ATTORNEY
AT LAW (ATTORNEY NO. 251801969)

December 11, 2002.

ORDER

**LEO R. VARTAN** of **KEARNY,** who was admitted to the bar of this State in 1969, having pleaded guilty in the United States District Court for the District of New Jersey to one count of mail fraud (18 *U.S.C.A.* 1341) and one count of tax fraud (26 *U.S.C.A.* 7206(1)), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **LEO R. VARTAN** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him,

effective immediately and until the further Order of this Court; and it is further

ORDERED that **LEO R. VARTAN** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that LEO R. VARTAN comply with *Rule* 1:20–20 dealing with suspended attorneys.